IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALTER C. SMITH III,                ) | |
| ) | |
| Petitioner/Defendant,    ) | |
| ) | CIVIL NO. 10-cv-536-DRH |
| vs.                                             ) | |
| ) | CRIMINAL NO. 06-cr-30070 |
| UNITED STATES of AMERICA ,   ) | |
| ) | |
| Respondent/Plaintiff.      ) | |

**MEMORANDUM AND ORDER**

**HERNDON, Chief Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255.  On October 22, 2007, Petitioner was found guilty, after a jury trial, of eight cocaine-related offenses.  On February 14, 2008, Petitioner was sentenced to life imprisonment.  Petitioner's conviction and sentence were affirmed on direct appeal. *See United States v. Smith,* 576 F.3d 762 (7th Cir. 2009).  Petitioner's application for a writ of certiorari to the Supreme Court of the United States was denied. *See Smith v. United States*, 130 S.Ct. 1029 (2009).

In his § 2255 motion, Petitioner asserts that his rights under the Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments were violated .

The Court **ORDERS** the Government to file a response to Petitioner's motion  within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach

all relevant portions of the record.

    **IT IS SO ORDERED**.

    **DATED:** July 23, 2010.

    /s/   DavidRHerndon
    **DISTRICT JUDGE**