IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WALTER C. SMITH, III,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                   No. 10-CV-536-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 30, 2012, Petitioner's claims are **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                   BY:     /s/*Sara Jennings*
                                                    **Deputy Clerk**

Dated: October 30, 2012

                          Digitally signed by
                          David R. Herndon
                          Date: 2012.10.30
                          16:13:17 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT